# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CRIMINAL NO. 07-30077-02-GPM |
| **RICKY BELL,** | ) |
| **Defendant.** | ) |

## ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

On September 28, 2007, Defendant Ricky Bell pleaded guilty to the single count of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **December 17, 2007, at 8 a.m.** at the East St. Louis, Illinois Courthouse.

**IT IS SO ORDERED.**

DATED: 10/22/07

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge